August 29, 2012


Camelback Consulting/Marketing, L.L.C.
C/O L.P. Rudolph Holdings, LLC
336 Lakewood Rd.
Greensburg, Pennsylvania 15601

Attention: Dr. Larry P. Rudolph

   Re:   Removal of Record Book Entries and all SCI Awards

Dear Dr. Rudolph:

This is to notify you that on August 25, 2012, subsequent to your expulsion from SCI by the Board of Directors, a separate action was taken by the Board to remove all of your Record Book entries, to remove your name from all World Hunting Awards you had qualified for, and to remove your name from all other SCI awards.

 In our capacities as SCI President and SCI Record Book & World Hunting Awards Committee Chairman, we are, most sincerely,


*[signature]*

John Whipple, President SCI


*[signature]*

Herb Atkinson, RB/WHA Chair SCI