

Rick Parsons <mparsons777@gmail.com>

## SCI Board of Inquiry -- Petitioners v Rudolph: Notice of finding of violation and recommendation for sanction; opportunity for hearing

1 message

Rick Parsons <mparsons777@gmail.com>  Tue, May 1, 2012 at 6:43 PM
To: DPJ@gknet.com
Cc: Ralph Cunningham <ralphscunn@aol.com>

Dear Mr. Johnsen,

This is notice to your client, Dr. Larry Rudolph, that the SCI Board of Inquiry has made a finding that Dr. Rudolph engaged in misconduct and/or breached his fiduciary duties to SCI, including, but not necessarily limited to: public and private threats and abusive behavior toward SCI directors, officers or employees, making false or deceptive record book entries, while pursuing his personal candidacy for a position on the EC making false statements and/or publishing non-public SCI information in a publicly-available video about SCI, SCIF and its directors, officers, agents or employees, engaging in and/or pursuing inappropriate relationships with women while on SCI business or while disclosing that he was SCI's President, filing questionable reimbursement requests, and engaging in dishonest and or misleading conduct toward this tribunal, and that this conduct, or any of it, alone or in combination, constitutes misconduct having a materially adverse effect on SCI.

Based on the findings in the preceding paragraph, the Board of Inquiry also recommended that the following aspects of Dr. Rudolph's rights of membership be suspended for a period of three years: (1) he may not hold any office in SCI, the SCI Foundation or in any chapter of SCI and (2) he may not exercise a vote in any capacity on any matter involving any SCI or SCIF business at any level, including before the SCI Board of Directors.

Dr. Rudolph has thirty (30) days from the date of this notification in which to request a hearing in regard to the findings and recommendations of the Board of Inquiry. Such request can be made directly to me, by email or in any other written form.

Richard Parsons

Counsel to the SCI Board of Inquiry



EXHIBIT A