IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| DR. LAWRENCE P. RUDOLPH, D.D.S.; | ) | |
| Plaintiff, | ) | 2:12-CV-01710-CRE |
| vs. | ) | |
| SAFARI CLUB INTERNATIONAL, | ) | |
| Defendant, | ) | |

**<u>ORDER</u>**

AND NOW, this 27th day of June, 2018,

After consideration of Defendant's motion for summary judgment (ECF No. 74), it is HEREBY ORDERED that said motion is granted in part and denied in part. Defendant's motion for summary judgment is granted with respect to Plaintiff's claim for defamation by innuendo and is denied in all other respects.

So ordered.

By the Court:

<u>s/ Cynthia Reed Eddy</u>
Cynthia Reed Eddy
United States Magistrate Judge

cc: all registered counsel via CM-ECF